Benjamin Heikali (State Bar No. 307466)
*bheikali@faruqilaw.com*
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
[Additional Counsel on Signature Page]

*Attorney for Plaintiff Shiva Stein*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward J. Davila
4/3/2018

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHIVA STEIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CAVIUM, INC., SYED B. ALI, ANTHONY S. THORNLEY, SANJAY MEHROTRA, EDWARD H. FRANK, BRAD W. BUSS, and MADHAV V. RAJAN,

Defendants.

Case No. 5:18-cv-00141-EJD-NMC

**NOTICE OF VOLUNTARY DISMISSAL**

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Shiva Stein ("Plaintiff") voluntarily dismisses her individual claims in the captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to her claims on behalf of the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: April 2, 2018

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ Benjamin Heikali*

Benjamin Heikali, Bar No. 307466
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Tel.: (424) 256-2884
Fax: 424.256.2885
Email: bheikali@faruqilaw.com

*Counsel for Plaintiff*

**OF COUNSEL**:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gregory M. Nespole
Benjamin Kaufman
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

Betsy C. Manifold, Bar No. 182450
Rachele R. Rickert, Bar No. 190634
750 B. Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

*Counsel for Plaintiff*